IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEROME WHITFIELD, | § § § | |
| *Plaintiff,* | § § | SA-24-CV-00081-JKP |
| vs. | § § § | |
| AMERICAN EXPRESS COMPANY, | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Application for Permission to File Electronically [#10]. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Permission to File Electronically [#10] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this cause of action.

SIGNED this 12th day of March, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE